IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HENRY DAVIS JONES, #226148, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 3:09-cv-1158-TMH |
| ) | WO |
| LEON FORNISS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #20) to the Recommendation of the Magistrate Judge filed on April 19, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #19) filed on April 2, 2012 is adopted;

3. The petition for habeas corpus relief filed by petitioner Henry Davis Jones is DENIED and DISMISSED with prejudice.

DONE this the 9th day of May, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE